

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Wyatt Pasek DEFENDANT(S). | CASE NUMBER 8:18-MJ-00160-1 <br><br> ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **Defendant**, IT IS ORDERED that a detention hearing is set for **April 6**, **2018**, at **2:00** ☐a.m. / ☒p.m. before the Honorable **Scott**, in Courtroom **6A**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **4/4/18**

_____
U.S. District Judge/Magistrate Judge